No. 79–108.  CAMERON v. GREENHILL ET AL.  Ct. Civ. App. Tex., 3d Sup. Jud. Dist.  Certiorari denied.

No. 79–109.  UNNAMED PHYSICIAN v. MARYLAND COMMISSION ON MEDICAL DISCIPLINE.  Ct. App. Md.  Certiorari denied.

No. 79–112.  COUNTRYMAN v. TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–113.  RAMOS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–114.  ROGERS ET AL. v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 79–115.  POLISHING MACHINE SYSTEMS, INC., ET AL. v. COFFIN.  C. A. 4th Cir.  Certiorari denied.

No. 79–117.  VITALE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–120.  CARPENTER ET AL. v. EDWARDS & WARREN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 79–122.  RATCLIFF v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 79–123.  RIVERA v. CRUZ ET AL.  Sup. Ct. P. R.  Certiorari denied.  Reported below: —— P. R. R. ——.

No. 79–124.  SHEERAN ET AL. v. GENERAL ELECTRIC CO. C. A. 9th Cir.  Certiorari denied.

No. 79–125.  McCUTCHEON v. CHICAGO BOARD OF EDUCATION ET AL.  C. A. 7th Cir.  Certiorari denied.